Katherine A. Sandoval, Esq. SBN 303656
Zahra H. Aziz, Esq. SBN 297339
MATTHIESEN, WICKERT & LEHRER, S.C.
1851 East Frist Street, Suite 1150
Santa Ana, CA 92705
Phone: (800) 637-9176
Fax: (262) 673-3766
ksandoval@mwl-law.com
zaziz@mwl-law.com

*Attorneys for Plaintiff*
CHURCH MUTUAL INSURANCE COMPANY,
as subrogee for Unity Church of Santa Barbara

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHURCH MUTUAL INSURANCE COMPANY, as subrogee for Unity Church of Santa Barbara,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER INC., a Delaware corporation; and DOES 1 to 30, inclusive,<br><br>Defendants. | **CASE NO. 2:20−cv−10643 PA (MAAx)**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*Assigned to District Judge Percy Anderson and Magistrate Judge Maria A. Audero*<br><br>*(Santa Barbara Sup. Ct. No. 20CV03365)*<br><br>Action Filed:    Oct. 14, 2020 (State)<br>Removal Filed:  November 20, 2020<br>Trial Date:       August 3, 2021 |

{00375668}

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), and the Court having duly reviewed the same it is therefore:

ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and Parties, with each Party bearing that Party's own attorney's fees and costs.

The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: July 12, 2021

_____
Percy Anderson
United States District Judge